UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12-mj-264 |
| vs. | ) | |
| | ) | |
| GERMAN ROLANDO VICENTE-SAPON | ) | MAGISTRATE JUDGE CARTER |

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing was held in this action on August 16, 2012. Those present included:

(1) AUSA Jay Woods for the United States of America.
(2) The defendant, GERMAN ROLANDO VICENTE-SAPON.
(3) Attorney Anthony Martinez for defendant.
(4) HSI Special Agent David Mullins.
(5) Deputy Clerk Kelli Jones.

Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The defendant acknowledged he had received a copy of the Criminal Complaint. It was determined he was capable of being able to read and understand these proceedings.

AUSA Woods moved the court the defendant be detained without bail. The defendant waived his detention hearing, reserving the right to ask for a detention hearing at a later date.

Preliminary Hearing - Proof

AUSA Woods called Homeland Security Investigations Special Agent David Mullins as a witness. He testified to the facts outlined in the affidavit attached to the criminal complaint.

Findings

Having heard and considered the testimony of Agent Mullins during the preliminary hearing and the Affidavit/Complaint, the undersigned finds:

(1) There is probable cause to believe that there have been

1

violations of 8 U.S.C. § 1328, importation of aliens for immoral purposes, and 18 U.S.C. §§ 2422 and 2423, coercion and enticement and transportation of a minor for sexual activity, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

## Conclusions

It is ORDERED:

(1) The defendant is held to answer the charges against him in the District Court.

(2) AUSA Woods' motion to detain the defendant without bail is GRANTED.

(3) The defendant's next appearance shall be before the undersigned U.S. Magistrate Judge at **2:30 p.m. on Wednesday, August 29, 2012.**

ENTER.

                                     S /*William B. Mitchell Carter*
                                     UNITED STATES MAGISTRATE JUDGE